UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 50004 |
| vs. | ) Violation: Title 18, United States Code, |
| | ) Sections 844(i) |
| JEFF BARTLETT and | ) |
| THOMAS JAEGER | ) |

The DECEMBER 2006 GRAND JURY charges:

On or about July 22, 2000, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

JEFF BARTLETT and
THOMAS JAEGER,

defendants herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and personal property located at 4606 East State Street, Rockford, Illinois, which was then being used in activities affecting interstate commerce;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

**FILED**

FEB 0 5 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

No.: _____

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.

JEFF BARTLETT

**INDICTMENT**

Violation(s): Title 18, United States Code, Sections 844(i)

A true bill,

_____
Foreman

Filed in open court this _____ day of _____ A.D. 20 08

_____
Clerk

Bail, $ _____



FILED
FEB 05 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court