

**FILED**
FEB 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **08CR50004**
Case Name: U.S. v. Jeff Bartlett

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?                                NO ☒   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?         NO ☒   YES ☐

6) What level of offense is this indictment or information?          FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?             NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?                   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

    ☐ Homicide ............ (II)        ☐ Income Tax Fraud ......... (II)       ☐ DAPCA Controlled Substances .. (III)
    ☐ Criminal Antitrust ...... (II)    ☐ Postal Fraud ............. (II)       ☐ Miscellaneous General Offenses .. (IV)
    ☐ Bank robbery ......... (II)       ☐ Other Fraud ............. (III)       ☐ Immigration Laws .......... (IV)
    ☐ Post Office Robbery .... (II)     ☐ Auto Theft ............. (IV)         ☐ Liquor, Internal Revenue Laws .. (IV)
    ☐ Other Robbery ........ (II)       ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws .......... (IV)
    ☐ Assault ............. (III)       ☐ Forgery ............. (III)           ☐ Motor Carrier Act ......... (IV)
    ☐ Burglary ............ (IV)        ☐ Counterfeiting ......... (III)        ☐ Selective Service Act ........ (IV)
    ☐ Larceny and Theft ..... (IV)      ☐ Sex Offenses ........... (II)         ☐ Obscene Mail ............ (III)
    ☐ Postal Embezzlement .... (IV)     ☐ DAPCA Marijuana ........ (III)        ☒ Other Federal Statutes ....... (III)
    ☐ Other Embezzlement .... (III)     ☐ DAPCA Narcotics ........ (III)        ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information
    Title 18, United States Code, Section 844(i)

_____
MARK T. KARNER
Assistant United States Attorney

(Revised 12/99)