## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 50004 | DATE | FEBRUARY 5, 2008 |
| CASE TITLE | USA VS JEFF BARTLETT AND THOMAS JAEGER | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the December 2006 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY

Arrest warrants to issue as to Jeff Bartlett and writ to issue as to Thomas Jaeger

Grand Jury for the December 2006 Session,

By _____ Foreperson.

United States Attorney: Mark Karner

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | **FILED** | | |
| | Notices mailed by judge's staff. | | date docketed | |
| | Notified counsel by telephone. | FEB 0 5 2008 | | |
| ✓ | Docketing to mail notices. | MAGISTRATE JUDGE P. MICHAEL MAHONEY | docketing deputy initials | |
| | Mail AO 450 form. | United States District Court | | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| GG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |