## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 1&2 | **DATE** | 2/5/2008 |
| **CASE TITLE** | USA vs. J.BARTLETT & T. JAEGER | | |

**DOCKET ENTRY TEXT:**

USA's oral motion to file this case under seal until the arrest warrant is executed or until further order of court is granted.

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50004　Document 4　Filed 02/05/2008　Page 1 of 1

08CR50004 - 1&2 USA vs. J.BARTLETT & T. JAEGER　　Page 1 of 1