AO 442 (Rev.5/93 WP) Warrant for Arrest               AUSA MARK T. KARNER, (815)987-4444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                              **WARRANT FOR ARREST**

JEFF BARTLETT                                   CASE NUMBER: 08 CR 50004

To: The United States Marshal
and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

FEB 0 7 2008

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Petition

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

charging him or her with (brief description of offense):

maliciously damaging and destroying, and attempting to damage and destroy, by means of fire, a building and personal property located at 4606 East State Street, Rockford, Illinois.

in violation of Title __18__, United States Code, Section(s) __844(i)__

P. MICHAEL MAHONEY                              U.S. MAGISTRATE JUDGE
Name of Issuing Officer                          Title of Issuing Officer

/s/ P. Michael Mahoney                          2/5/08; Rockford, Illinois
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | DANIEL IVANCICH S/A ATF | /s/ Daniel Ivancich |
| DATE OF ARREST 2/7/08 | | |