# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 1 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs. Jeff Bartlett | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to arrest. Court appoints Paul Gaziano as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. Financial affidavit due by and 16.1 conference to be held by 2/14/08. Defendant's oral motion for time to 3/10/08 to file pretrial motions is granted. USA's oral motion for the time of 2/7/08 to and including 3/10/08 to be deemed excludable under 18 USC 3161(h)(1) is granted. Status hearing set for 3/10/08 at 11:00 a.m. USA moves for detention. Detention hearing set for 2/13/08 at 3:30 p.m. Enter order of temporary detention.

Notices mailed by Judicial staff.

*P. Michael Mahoney* (signature)

| | Courtroom Deputy Initials: | LW |
|---|---|---|