AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____ILLINOIS_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Jeff Bartlett<br>_Defendant_ | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: 08 CR 50004-1 |

Upon motion of the _____United States_____, it is ORDERED that a

detention hearing is set for ____2/13/2008____ * at ____3:30 pm____
                                _Date_                                    _Time_

before ____HONORABLE P. MICHAEL MAHONEY, MAGISTRATE JUDGE____
                               _Name of Judicial Officer_

                    ____ROCKFORD, IL____
                               _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____) and produced for the hearing.
               _Other Custodial Official_

Date: ____2/7/2008____                                                       _/s/ P. Michael Mahoney_
                                                                   _Judge_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.