## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 1 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. JEFF BARTLETT | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Paul Gaziano given leave to withdraw as counsel. Jed Stone given leave to file appearance as retained counsel. Enter order of detention pending trial.

00:20

| | Courtroom Deputy Initials: | GG |
|---|---|---|