**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States of America v. Jeff Bartlett | 08CR50004-1 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| Jed Stone |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Jed Stone |

| FIRM |
|---|
| Stone & Associates, L.L.C. |

| STREET ADDRESS |
|---|
| 415 West Washington Street, Suite 107 |

| CITY/STATE/ZIP |
|---|
| Waukegan, Illinois 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2745127 | 847-336-7888 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**  NO ☐ |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X**  NO ☐ |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**  NO ☐ |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**  NO ☐ |
|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL **X**     APPOINTED COUNSEL ☐