IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICIA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08CR50004-1 |
| | ) | |
| **JEFF BARTLETT,** | ) | |
| Defendant. | | |

### NOTICE OF MOTION

TO: Mark Karner, Esq., Asst United State's Atty, 308 W State St, Rm 300, Rockford IL 61101 Fax 815/987-4236

**PLEASE TAKE NOTICE** that on Friday, February 22, 2008, at 1:30 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge P. Michael Mahoney, and request a hearing on **JEFF BARTLETT'S MOTION TO RECONSIDER THE FEBRUARY 13, 2008 ORDER OF DETENTION.** A copy of said Motion is hereby served upon you.  A copy of the Motion is being sent to Judge Mahoney by overnight delivery.

                                                        s/ Jed Stone
                                                      One of the Attorneys for Defendant

Jed Stone
Stone & Associates, L.L.C.
415 West Washington Street - Suite 107
Waukegan, IL 60085
847/336-7888

### PROOF OF SERVICE

The undersigned certifies that I caused to be served the foregoing Notice and stated document  via **RECEIPTED FACSIMILE** on February 19, 2008.

                                                        s/ Jed Stone