## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICIA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08CR50004-1 |
| | ) | |
| JEFF BARTLETT, | ) | |
| Defendant. | | |

### AMENDED (as to time) NOTICE OF MOTION

TO: Mark Karner, Esq., Asst United States' Atty, 308 W State St, Rm 300, Rockford IL 61101 Fax 815/987-4236

      U.S. Probation – Pre-Trial, 211 S Court St, Room 114, Rockford IL 61101 Fax 815/987-4208

**PLEASE TAKE NOTICE** that on Friday, February 22, 2008, at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge P. Michael Mahoney, and request a hearing on **JEFF BARTLETT'S MOTION TO RECONSIDER THE FEBRUARY 13, 2008 ORDER OF DETENTION.** A copy of said Motion with attachments was served by facsimile upon the Assistant United States' Attorney on February 19, 2008 and served by facsimile upon the U.S. Probation Department – Pre-Trial on February 20, 2008.  A copy of the Motion & attachments were sent to Judge Mahoney by overnight delivery on February 19, 2008.

                               s/ Jed Stone_____

                               One of the Attorneys for Defendant

Jed Stone

Stone & Associates, L.L.C.

415 West Washington Street - Suite 107

Waukegan, IL 60085

847/336-7888

### PROOF OF SERVICE

The undersigned certifies that I caused to be served the foregoing Amended Notice to both the Assistant U.S. Attorney, and to the U.S. Probation Department, with stated documents, via **RECEIPTED FACSIMILE** on February 20, 2008.

                               s/ Jed Stone_____