# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 1 | **DATE** | 2/22/2008 |
| **CASE TITLE** | USA vs. JEFF BARTLETT | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to reconsider the order of detention is denied. Enter agreed protective order.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |

08CR50009 - 1 USA vs. DOUGLAS HILL Page 1 of 1