# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                        Case No.: 3:08−cr−50004

                                                  Honorable Philip G. Reinhard

Jeff Bartlett, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Philip G. Reinhard as to Jeff Bartlett : Pursuant to request of counsel, change of plea hearing is set for 4/30/08 at 10:30a.m. Notices mailed by Judicial staff. (jat, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.