## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | U.S.A. vs. Jeff Bartlett | | |

**DOCKET ENTRY TEXT:**

Defendant's letter objection to the Presentence Investigation Report sent directly to the Probation Officer is ordered to be filed.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|