# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 1 | **DATE** | 7/28/2008 |
| **CASE TITLE** | USA vs. Jeff Bartlett | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Defendant's motion to exclude testimony [42] is granted. Probation to provide the court with a written recommendation regarding a payment schedule for restitution within 30 days. The court will determine if an in court status hearing with attorneys is necessary. Defendant orally waived his right to appear in court for the status hearing regarding the restitution payment schedule. Enter Judgment in a Criminal Case.

*[signature]*

Docketing to mail notices.

01:30

**FILED**

JUL 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|