IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| vs. | ) | 08 CR 50004-1 |
| | ) | |
| Jeff Bartlett. | ) | |

JOINT COMMUNICATION REGARDING PAYMENT OF RESTITUTION

    NOW COMES the United States of America by Assistant United States Attorney Mark T. Karner, and Jeff Bartlett, by his counsel, Jed Stone, and jointly report the parties agreement on the payment of restitution to the Cincinnati Insurance Company.

    Jeff Bartlett has paid $24,812.39 of the $74,812.39 ordered restitution. A balance of $50,000.00 remains unpaid. Mr. Bartlett will pay ten thousand dollars ($10,000.00) on the fifteenth day of each month beginning September 15, 2008 until the balance of the restitution is paid. The last such payment is to be made on the 15th day of January 2009.

_s/ Mark Karner_  
Mark Karner  
Assistant United States Attorney

_s/Jed Stone_  
Jed Stone  
Counsel for Mr. Bartlett

**CERTIFICATE OF FILING AND SERVICE**

    I, JED STONE, certify that on September 4, 2008, I caused the foregoing pleading (1) to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division; and (2) a copy thereof to be faxed to:

    Mark T. Karner  
    Assistant United States Attorney  
    308 West State Street – Room 300  
    Rockford, Illinois 61101  
    815-987-4236

Joint communication prepared by:  
Jed Stone  
Stone & Associates, L. L. C.  
415 W. Washington Street, Suite 107  
Waukegan, IL 60085  
847 336 7888