## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50004 - 1 | **DATE** | 9/5/2008 |
| **CASE TITLE** | United States vs. Jeff Bartlett | | |

**DOCKET ENTRY TEXT:**

Pursuant to the joint communication regarding payment of restitution [47], the court enters an Amended Judgment in a Criminal Case.

*Philip G. Reinhard*

Docketing to mail notices.

**FILED**

SEP 08 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|